MORGAN, LEWIS & BOCKIUS LLP
John S. Battenfeld, Bar No. 119513
john.battenfeld@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501

MORGAN, LEWIS & BOCKIUS LLP
Shannon B. Nakabayashi, Bar No. 215469
shannon.nakabayashi@morganlewis.com
Mariko Mae Ashley, Bar No. 311897
mariko.ashley@morganlewis.com
One Market, Spear Tower
San Francisco, CA 94105
Tel: 1.415.442.1000
Fax: 1.415.442.1001

Attorneys for Defendants
MAXIM HEALTHCARE SERVICES, INC.

HAYES PAWLENKO LLP
Matthew B. Hayes (SBN 220639)
mhayes@helpcounsel.com
Kye D. Pawlenko (SBN 221475)
kpawlenko@helpcounsel.com
595 E. Colorado Blvd., Suite 303
Pasadena, CA 91101
Tel: (626) 808-4357
Fax: (626) 921-4932

Attorneys for Plaintiff
LORETTA JEAN BENSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORETTA JEAN BENSON, an individual on behalf of herself and others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>MAXIM HEALTHCARE SERVICES, INC.; and DOES 1 to 10 inclusive,<br><br>Defendants. | Case No. 2:17-cv-00771-MCE-EFB<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT
2:17-CV-00771-MCE-EFB

DB1/ 92393590.1

Pursuant to U.S.D.C. Eastern District Local Rule 144(b) and Fed. R. Civ. P. 6, Plaintiff Loretta Jean Benson ("Plaintiff") and Defendant Maxim Healthcare Services, Inc. ("Defendant") have stipulated and agreed and hereby submit their stipulation to extend the time for Defendants to file their response to Plaintiffs' Complaint.

Defendant was served with the Complaint on or about April 12, 2017. Defendant's counsel previously obtained an extension until May 31, 2017 to respond to the Complaint. Defendant's investigation into the allegations in the Complaint is continuing and the parties have stipulated that Defendant may have additional time, or until **June 9, 2017** to respond.

Dated: May 31, 2017　　　　　　　　　　　MORGAN, LEWIS & BOCKIUS LLP

By　*/s/ Shannon B. Nakabayashi*
　　Shannon B. Nakabayashi
　　Attorneys for Defendant
　　MAXIM HEALTHCARE SERVICES, INC.

Dated: May 31, 2017　　　　　　　　　　　HAYES PAWLENKO LLP

By　*/s/ Kye Pawlenko*
　　Kye Pawlenko
　　Attorneys for Plaintiff
　　LORETTA JEAN BENSON

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 92393590.1

2

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
2:17-CV-00771-MCE-EFB

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORETTA JEAN BENSON, an individual on behalf of herself and others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>MAXIM HEALTHCARE SERVICES, INC.; and DOES 1 to 10 inclusive,<br><br>Defendants. | Case No. 2:17-cv-00771-MCE-EFB<br><br>**ORDER** |

    For good cause show, the Court hereby orders that the parties' Stipulation to Extend Time to Respond to the Complaint is **GRANTED**. Defendant's responsive pleading is now due June 9, 2017.

    IT IS SO ORDERED.

Dated: May 31, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES
DB1/ 92393590.1

3

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
2:17-CV-00771-MCE-EFB