UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORETTA JEAN BENSON, an individual on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MAXIM HEALTHCARE SERVICES, INC., and DOES 1 to 10 inclusive,<br><br>Defendants. | Case No. 2:17-cv-00771-MCE-EFB<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR TEMPORARY STAY**<br><br>Date: October 5, 2017<br>Time: 2:00 p.m.<br>Dept. 7<br>Judge: Hon. Morrison C. England, Jr. |

The Court, having considered the papers and evidence submitted by the parties and for good cause having been shown, hereby orders and rules as follows: Defendant's Motion for Temporary Stay (ECF No. 10) is hereby GRANTED. This action, including any outstanding discovery, is hereby STAYED pending the United States Supreme Court's decision in <u>Ernst & Young, LLP v. Stephen Morris</u>, U.S. Sup. Ct. Case No. 16-300.

///

///

///

///

Morgan, Lewis & Bockius LLP
Attorneys at Law
Los Angeles

DB2/ 31749356.1

Not later than thirty (30) days following the date this order is electronically filed, and every thirty (30) days thereafter until the stay is lifted, Defendant is directed to file a status report with the Court advising it of the progress of Morris before the Supreme Court.

IT IS SO ORDERED.

Dated: September 29, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Los Angeles

DB2/ 31749356.1

2

ORDER GRANTING DEFENDANT'S
MOTION FOR TEMPORARY STAY
Case No. 2:17-cv-00771-MCE-EFB