UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORETTA JEAN BENSON,<br><br>Plaintiff,<br><br>v.<br><br>MAXIM HEALTHCARE SERVICES, INC.,<br><br>Defendant. | No. 2:17-cv-00771-MCE-EFB<br><br>**ORDER** |

On June 13, 2018, the Court issued an Order to Show Cause ("OSC") directing Plaintiff to advise the Court why this case should not be dismissed given the Supreme Court's recent decision in Ernst & Young, LLP v. Stephen Morris, Case No. 16-300. ECF No. 23. Plaintiff timely filed a response (ECF No. 24) indicating that dismissal is premature because the arbitration agreement at issue is unenforceable for reasons other than those addressed in Morris. Based on Plaintiff's response, the Court's OSC is DISCHARGED.

///
///
///
///

1

Any Motion to Compel Arbitration that shall be filed not later than thirty (30) days following the date this Order is electronically filed. Alternatively, if Defendant declines to file such a motion, it shall inform the Court of its decision in writing by that same date, after which a scheduling order will issue.

IT IS SO ORDERED.

Dated: June 18, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE